B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 13−18493**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Terrence Patrick Collins<br>aka Terry Collins, aka Terry Patrick Collins<br>394 Meadowlark Road<br>Bloomingdale, IL 60108 | Mary Antoinette Collins<br>aka Maria Antoinette Collins, aka Maria Collins, ...<br>394 Meadowlark Road<br>Bloomingdale, IL 60108 |

Social Security / Individual Taxpayer ID No.:
  xxx−xx−3708                                    xxx−xx−8414

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: July 30, 2013               Kenneth S. Gardner, Clerk
                                   United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-18493-DRC
Terrence Patrick Collins                                            Chapter 7
Mary Antoinette Collins
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin              Page 1 of 3              Date Rcvd: Jul 30, 2013
                              Form ID: b18             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2013.
db/jdb    +Terrence Patrick Collins,   Mary Antoinette Collins,   394 Meadowlark Road,
            Bloomingdale, IL 60108-1358
20425544  +AES,   American Education Services,   1200 N. 7th Street,   Harrisburg, PA 17102-1419
20425550  +Department of Education,   FedLoan Servicing,   PO Box 530210,   Atlanta, GA 30353-0210
20425551  +Ford Motor Co,   PO Box 6045,   Dearborn, MI 48121-6045
20425555  +Harlem Furniture,   215 South Gary Avenue,   Bloomingdale, IL 60108-2213
20425562  +National City,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
20472486  +Wells Fargo Bank, N.A.,   C/O,   Pierce & Associates,   1 N. Dearborn Ste 1300,
            Chicago, IL 60602-4373
20425565  +Wells Fargo Home Mortgage,   5620 Brooklyn Boulevard,   Minneapolis, MN 55429-3056

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: QDRBROWN.COM Jul 31 2013 01:18:00      David R Brown, ESQ,   Springer Brown, LLC,
            400 South County Farm Road,   Suite 330,   Wheaton, IL 60187-4547
20425545  +EDI: HFC.COM Jul 31 2013 01:18:00      Best Buy Co., Inc,   Bureaus Investment Group,
            PO Box 17298,   Baltimore, MD 21297-1298
20425546  +EDI: CAPITALONE.COM Jul 31 2013 01:18:00      Capital One, N.A.*,   1680 Capital One Drive,
            Mc Lean, VA 22102-3407
20425547  +EDI: CHASE.COM Jul 31 2013 01:18:00      Chase *,   ATTN: Bankruptcy Department,   P.O. Box 15298,
            Wilmington, DE 19850-5298
20425548  +EDI: CITICORP.COM Jul 31 2013 01:18:00      Citicorp Credit Services *,
            ATTN: Internal Recovery; Centralized Bk,   P.O. Box 20507,   Kansas City, MO 64195-0507
20425549  +EDI: WFNNB.COM Jul 31 2013 01:18:00      Comenity Bank,   PO Box 182789,   Columbus, OH 43218-2789
20425552   EDI: FORD.COM Jul 31 2013 01:18:00      Ford Motor Credit,   National Bankruptcy Services Center,
            P.O. Box 537901,   Livonia, MI 48153
20425553  +EDI: FORD.COM Jul 31 2013 01:18:00      Ford Motor Credit,   Pob 542000,   Omaha, NE 68154-8000
20425554  +EDI: FORD.COM Jul 31 2013 01:18:00      Ford Motor Credit Company LLC,   One American Road,
            Dearborn, MI 48126-2701
20425558   EDI: IRS.COM Jul 31 2013 01:18:00      Internal Revenue Service,   Department of Treasury,
            Kansas City, MO 64999
20425557   EDI: IRS.COM Jul 31 2013 01:18:00      Internal Revenue Service,   P.O. Box 802503,
            Cincinnati, OH 45280
20425556   EDI: IRS.COM Jul 31 2013 01:18:00      Internal Revenue Service,   PO Box 7346,
            Philadelphia, PA 19101-7346
20425559  +EDI: TSYS2.COM Jul 31 2013 01:18:00      Macy's,   Po Box 183083,   Columbus, OH 43218-3083
20425560  +EDI: TSYS2.COM Jul 31 2013 01:18:00      Macy's Inc.,   9111 Duke Boulevard,
            Mason, OH 45040-8999
20425561  +EDI: HFC.COM Jul 31 2013 01:18:00      Mernards,   Retail Services,   P.O Box 17298,
            Baltimore, MD 21297-1298
20425563  +EDI: SEARS.COM Jul 31 2013 01:18:00      Sears / CBSD,   Attn: Bankruptcy Department,
            PO Box 6189,   Sioux Falls, SD 57117-6189
20425564  +EDI: WFFC.COM Jul 31 2013 01:18:00      Wells Fargo Bank, N.A.,   420 Montgomery Street,
            San Francisco, CA 94104-1298
20425566  +EDI: WFFC.COM Jul 31 2013 01:18:00      Wells Fargo Home Mortgage,   Po Box 10335,
            Des Moines, IA 50306-0335
20425567  +EDI: WFNNB.COM Jul 31 2013 01:18:00      Woman Within,   PO Box 659728,
            San Antonio, TX 78265-9728
                                                                                              TOTAL: 19

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: admin              Page 2 of 3              Date Rcvd: Jul 30, 2013
                              Form ID: b18             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2013**                          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: admin              Page 3 of 3                  Date Rcvd: Jul 30, 2013
                              Form ID: b18             Total Noticed: 27
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2013 at the address(es) listed below:

         Andrew J Nelson   on behalf of Creditor   Wells Fargo Bank, N.A. anelson@atty-pierce.com,
          northerndistrict@atty-pierce.com
         David R Brown, ESQ   dbrown@springerbrown.com,   dbrown@ecf.epiqsystems.com;jill@springerbrown.com
         Mohammed O Badwan   on behalf of Joint Debtor Mary Antoinette Collins mbadwan@sulaimanlaw.com,
          mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
          m;SulaimanLaw@BestClientInc.com
         Mohammed O Badwan   on behalf of Debtor Terrence Patrick Collins mbadwan@sulaimanlaw.com,
          mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
          m;SulaimanLaw@BestClientInc.com
         Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
         Yanick  Polycarpe   on behalf of Creditor   Wells Fargo Bank, N.A. ypolycarpe@atty-pierce.com,
          northerndistrict@atty-pierce.com

                                                                                                                                                                                                        TOTAL: 6